**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.B.,                              :
                                   :
         Plaintiff,                :
                                   :
v.                                 :     CASE NO. 4:19-CV-179-CDL-MSH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
         Defendant.                :
_____  :

**<u>ORDER</u>**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, this Court remands this action for further administrative proceedings. Upon remand, the Commissioner will consider whether Plaintiff's obesity and seizures are severe medically determinable impairments; further consider the Plaintiff's maximum residual functional capacity; offer Plaintiff an opportunity for a hearing; and obtain supplemental vocational expert testimony.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See*

*Shalala v. Schafer*, 506 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 13th day of May, 2020.

s/Clay D. Land
CLAY D. LAND, CHIEF
UNITED STATES DISTRICT JUDGE