IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
J.B.,                              :
                                   :
         Plaintiff,                :
                                   :
v.                                 :   CASE NO. 4:19-CV-179-CDL-MSH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
         Defendant.                :
_____
```

**ORDER**

This matter is before the Court on Plaintiff's Motion for Attorney Fees (ECF No. 29). Counsel states that Plaintiff was awarded $121,179.00 in past due benefits by the Social Security Administration on remand from this Court. Br. in Supp. of Mot. for Att'y Fees 1, ECF No. 29-1. Counsel further states that he previously entered into a fee agreement with Plaintiff which provides for a reasonable fee for services in court, not to exceed 25% of the past due benefits awarded. *Id.* at 1-2. Counsel requests that the Court approve as reasonable the agreed-upon fee which amounts to $30,294.75. *Id*. at 2. Counsel also avers that if the fee is approved, he will refund Plaintiff the $9,651.98 received in Equal Access to Justice Act ("EAJA") fees previously awarded by the Court.

*Id.* The Commissioner does not object to the motion. Pl.'s Mot. for Att'y's Fees 1, ECF No. 29.

Given that there is no objection and the fee request is otherwise reasonable, Plaintiff's request for fees in the amount of $30,294.75 is **GRANTED**. It is further **ORDERED** that Plaintiff's Counsel refund to Plaintiff the EAJA fees previously paid.

SO ORDERED, this **5th** day of **November, 2021.**

S/Clay D. Land  
CLAY D. LAND  
UNITED STATES DISTRICT JUDGE